### Joseph R. POETT, Petitioner,

v.

### DEPARTMENT OF AGRICULTURE, Respondent.

No. 02–3204.

United States Court of Appeals, Federal Circuit.

Sept. 25, 2002.

### ORDER

Joseph R. Poett, having failed to file a Fed. Cir. R. 15(c) form in accordance with the court's July 22, 2002 order,

IT IS ORDERED THAT:

(1) The petition for review is dismissed.

(2) Poett's motion for an extension of time is moot.

(3) Each side shall bear its own costs.